UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLENNIUM TGA, INC., ) | Civil Action No. _____ |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ALEC CHRZANOWSKI ) | |
| ) | |
| Defendant. ) | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through its attorney of record, hereby submits that MILLENIUM TGA, INC., does not have a parent corporation that owns 10% or more of its stock.

          Respectfully submitted,

          MILLENIUM TGA, INC.,

DATED: October 1, 2012

          By:    /s/ Daniel G. Ruggiero

          Daniel G. Ruggiero, Esq.
          P.O. Box 291
          Canton, MA 02021
          Telephone: (339) 237-0343
          Fax: (339) 707-2808

          *Attorney for Plaintiff*